Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
DANELLE M LLOYD SB #204327
LAW OFFICES OF DANELLE M LLOYD
4001 INGLEWOOD AVENUE #101-274
REDONDO BEACH, CA 90278
(310) 219-1675
(866) 614-9992 - FAX

RECEIVED
APR 12 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

FOR COURT USE ONLY

FILED
APR 14 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

*Attorney for* PLAINTIFF/DEBTOR

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

MARK NUQUES

Debtor.

MARK NUQUES

Plaintiff(s),

vs.

CHARTER ONE BANK

Defendant(s).

CHAPTER 13

CASE NUMBER 2:10-BK-10937-VZ

ADVERSARY NUMBER 2:10-AP-01240-VZ

(No Hearing Required)

## REQUEST FOR ENTRY OF DEFAULT UNDER
## LOCAL BANKRUPTCY RULE 7055-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1.  Name of Defendant against whom default is sought *(Name)*: CHARTER ONE BANK

2.  Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: 2/24/10

3.  The Summons and Complaint were served on Defendant by ☐ Personal Service  ☒ Mail Service
    on the following date *(specify date)*: 3/2/10

4.  A conformed copy of the completed Return of Summons form is attached hereto.

5.  The time for filing an Answer or other response expired on *(specify date)*: 3/29/10

6.  No Answer or other response has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the default of Defendant.

Dated: 4/9/10  *No Declaration Not Entered - Filed*

Default entered on *(specify date)*:

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
Deputy Clerk

Respectfully submitted,

LAW OFFICES OF DANELLE M LLOYD
*Firm Name*

By: _____

Name: DANELLE M LLOYD
*Attorney for Plaintiff or Plaintiff*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010*

**F 7055-1.1**

Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number

Danelle Lloyd
4001 Inglewood Ave Ste 101-274
Redondo Beach, CA 90278
310-219-1675
Fax : 310-219-1675
Email: danellemaria@gmail.com

*Attorney for Plaintiff*

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:
Mark Nuques

Debtor.

CHAPTER 13

CASE NUMBER LA10-10937-VZ

ADVERSARY NUMBER LA10-01240-VZ

Mark Nuques

Plaintiff(s),

vs.

Charter One Bank

Defendant(s).

*(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*

## SUMMONS AND NOTICE OF STATUS CONFERENCE

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by ___3/29/2010___, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| | | | |
|---|---|---|---|
| **Hearing Date:** 05/06/2010 | **Time:** 10:00 am | **Courtroom:** 1368 | **Floor:** 13th |

☒ **255 East Temple Street, Los Angeles**       ☐ **411 West Fourth Street, Santa Ana**

☐ **21041 Burbank Boulevard, Woodland Hills**       ☐ **1415 State Street, Santa Barbara**

☐ **3420 Twelfth Street, Riverside**

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: ___02/25/10___

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____ William C Kaaumoana _____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010 (COA-SA)*

**F 7004-1**

Summons and Notice of Status Conference  - Page 2

**F 7004-1**

| In re<br>Mark Nuques | (SHORT TITLE) | CASE NO.: 10-10937VZ |
|---|---|---|
| | Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4001 Inglewood Avenue Suite 101-274 Redondo Beach, CA 90278

A true and correct copy of the foregoing document described as  Summons and Notice of Status Conference: Complaint:  Pre-Status Conference Instructions;Notice ofRequired Compliance with7026  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _3/2/10_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _3/2/10_ | _Danelle Lloyd_ | _D M Lloyd_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 7004-1**

Service List

Debtor:
Mark Nuques (US Mail)
15104 LaSabana Drive
La Mirada, CA 90638

Chapter 13 Trustee (US Mail)
Nancy Curry
606 South Olive Street Suite 950
Los Angeles, CA 90014

Charter One Bank – From POC (Certified Mail)
480 Jefferson Blvd
RJE135
Warwick, RI 02886

Charter One Bank, A subsidiary of Citizens Financial Group, Inc (Certified Mail)
Agent for Service of Process
Corporation Service Company
222 Jefferson Blvd
Warwick, RI 02888

Charter One Bank, A subsidiary of Citizens Financial Group, Inc (Certified Mail)
Attn: Ellen Alemany, Chief Executive Officer
One Citizens Plaza
Providence, RI 02903

Request for Entry of Default Under Local Bankruptcy Rule 9021-1 - *Page 2*        **F 7055-1.1**

In re MARK NUQUES

CHAPTER 13

Debtor.  CASE NO.: 2:10-BK-10937-VZ

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as  REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL BANKRUPTCY RULE 9021-1                                                    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On    4|9|10                            I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4|9|10 | Evelyn Ochoa | *Evelyn Ochoa* |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010*                                                                                    **F 7055-1.1**

Service List – All parties served by US Mail

<u>Debtor:</u>
Mark Nuques
15104 LaSabana Drive
La Mirada, CA 90638

Chapter 13 Trustee
Nancy Curry
606 South Olive Street Suite 950
Los Angeles, CA 90014

Charter One Bank – From POC
480 Jefferson Blvd
RJE135
Warwick, RI 02886

Charter One Bank, A subsidiary of Citizens Financial Group, Inc
Agent for Service of Process
Corporation Service Company
222 Jefferson Blvd
Warwick, RI 02888

Charter One Bank, A subsidiary of Citizens Financial Group, Inc
Attn: Ellen Alemany, Chief Executive Officer
One Citizens Plaza
Providence, RI 02903

United States Bankruptcy Court
255 E Temple Street #1360
Los Angeles, CA 90012
Attn: Judge Zurzolo's Chambers